**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 44 EAL 2023

:

Respondent     :

:   Petition for Allowance of Appeal

:   from the Order of the Superior Court

v.     :

:

:

JASON HARDING,     :

:

Petitioner     :

## <u>ORDER</u>

**PER CURIAM**

        **AND NOW**, this 5th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.